U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 21 2005

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SCOTT H. LOYD                                CIVIL ACTION NO. 03-0757-S
and TEXIE LEIGH LOYD

VERSUS                                       JUDGE HICKS

HARRAH'S SHREVEPORT/BOSSIER CITY             MAGISTRATE JUDGE HAYES
HOLDING COMPANY, L.L.C., ET AL

## JUDGMENT

Before the Court are two motions for summary judgment. Defendants Harrah's Shreveport/Bossier City Investment Company, L.L.C. and Cedric Caldwell filed for summary judgment on the theory of judicial estoppel, also contending that Texie Loyd's loss of consortium claim should be dismissed because it is derivative of the barred claims. [Doc. No. 41]. Defendants City of Shreveport, James N. Roberts, Jr. and Cpl. S.D. Willis filed for summary judgment on multiple grounds which can be summarized as: (1) judicial estoppel and (2) merits based issues. [Doc. No. 43]. The Court finds that the plaintiffs' claims are barred by judicial estoppel. Both motions for summary judgment are granted. Texie Loyd's claim of loss of consortium is also dismissed as it is derivative of Scott Loyd's claims. The Court does not make any findings on the merits based portions of COS's motion for summary judgment. Those portions of the COS motion are denied as moot.

Therefore:

**IT IS ORDERED** that Defendants Harrah's Shreveport/Bossier City Investment Company, L.L.C. and Cedric Caldwell motion for summary judgment [Doc. No. 41] shall be **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants City of Shreveport, James N. Roberts, Jr. and Cpl. S.D. Willis motion for summary judgment [Doc. No. 43] shall be **GRANTED** on the basis of judicial estoppel; the remainder of the motion shall be **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Plaintiffs' claims shall be **DISMISSED WITH PREJUDICE**.

Shreveport, Louisiana, this 16th day of November, 2005.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE